## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMC LIFTBOATS, INC.** | *  CIVIL ACTION NO. |
| | * |
| **VS.** | *  SECTION " " MAG.( ) |
| | * |
| **GOOD STREAK MARINE, INC.** | *  JUDGE |
| | * |
| | *  MAGISTRATE |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>COMPLAINT</u>

**NOW INTO COURT,** through undersigned counsel comes plaintiff, AMC Liftboats, Inc. ("AMC"), and for its Complaint against Good Streak Marine, Inc. ("Good Streak"), avers upon information and belief:

### I.

This matter arises under the Court's Admiralty and Maritime jurisdiction, 28 U.S.C. §1333 and venue is proper in this jurisdiction as the parties contractually stipulated that all litigation would be filed in this Court.

### II.

At all material times herein, AMC was and is a corporation organized and existing under the laws of the State of Louisiana and authorized to do and doing business within the jurisdiction of this Honorable Court.

### III.

At all material times herein AMC was the owner and operator of the L/B WHITNEY.

### IV.

At all material times herein Good Streak was and is a foreign corporation doing business within the jurisdiction of this Honorable Court.

### V.

AMC and Good Streak entered into a charter agreement whereby Good Streak agreed to charter the L/B WHITNEY for $3,800.00 per day, plus additional payments for meals, bunks, crew overtime, crane overtime, and the vessel's communication package.

### VI.

Good Streak chartered the L/B WHITNEY from AMC on the following occasions resulting in the following invoices being issued by AMC to Good Streak:

| DATE | INVOICE NO. | AMOUNT |
|---|---|---|
| 08/30/2010 – 09/05/2010 | WH 90510 | $ 41,000.00 |
| 09/20/2010 – 09/26/2010 | WH 92610 | $ 41,250.00 |
| 10/18/2010 – 10/24/2010 | WH 102410 | $ 40,400.00 |
| 10/25/2010 – 10/31/2010 | WH 103110 | $ 28,525.00 |
| 11/01/2010 – 11/07/2010 | WH 110710 | $ 28,775.00 |
| 11/08/2010 – 11/11/2010 | WH 111110 | $ 17,015.95 |

To date, all of the above invoices, with the exception of WH 90510, remain outstanding and no payments have been made by Good Streak to AMC in connection with those invoices. The principle amount of invoice WH 90510 has been paid, but not the interest due.

**VII.**

AMC has subsequently issued additional invoices to Good Streak for interest that has accrued on the principal amount. This interest continues to grow on a daily basis.

**VIII.**

The Charter Agreement between AMC and Good Streak provides that AMC is entitled to recovery on its attorney's fees if it files suit to collect on unpaid invoices.

**IX.**

AMC is entitled to recover from Good Streak the principal amount of the original invoice, plus interest, attorney's fees and costs.

**X.**

**WHEREFORE**, AMC Liftboats, Inc. prays that after due proceedings had, there be judgment herein in its favor and against Good Streak Marine, Inc. for the full amount of charter hire plus interest, attorney's fees, costs, and for all other relief as it may be entitled in this Court competent to grant.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

_/s/ Robert S. Reich_
**ROBERT S. REICH (#11163)**
**LAWRENCE R. PLUNKETT, JR (#19739)**
1000 Two Lakeway Center
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone:  (504) 830-3999/Fax:  (504) 830-3950
Email – rreich@rapllclaw.com
              lplunkett@rapllclaw.com
**Attorneys for Plaintiff, AMC Liftboats, Inc.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the above and foregoing pleading has been served on all counsel of record to this proceeding, via hand delivery, facsimile transmission, or electronic delivery, or by placing same in the U.S. mail, postage prepaid and properly addressed, this 22nd day of March 2011.

_/s/ Robert S. Reich_